IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID L. KINDRED                                               PLAINTIFF

v.                  CIVIL NO. 01-2269

JO ANNE B. BARNHART, Commissioner
Social Security Administration                             DEFENDANT

## **O R D E R**

Pending before this court is the above action seeking judicial review of a decision of the Commissioner of the Social Security Administration (Commissioner) denying plaintiff's claims for period of disability and disability insurance benefits (DIB) under the provisions of Title II of the Social Security Act (Act). In review of the record, it appears plaintiff has been residing in Irving, Texas, since the time the Appeals Council denied review of the ALJ's decision on August 15, 2001. (Tr. 177). The Complaint filed on October 19, 2001, states plaintiff is a resident of Scott County, Arkansas. (Doc. # 1). Plaintiff is directed to file an affidavit indicating his exact **current** address and telephone number, and the same for **the date the Complaint was filed**. Plaintiff is to provide dates and specific residential information for **each occasion** he changed his residency during the pendency of this action, and this information is to be provided to the Court by September 1, 2005.

IT IS SO ORDERED this 26th day of August 2005.

                                               /s/ Beverly Stites Jones
                                               HON. BEVERLY STITES JONES
                                               UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)