IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID L. KINDRED                                                                    PLAINTIFF

v.                                    CIVIL NO. 01-2269

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                      DEFENDANT

### O R D E R

Now on this 12th day of September, 2005, comes on for consideration the Complaint filed by the plaintiff herein, requesting judicial review of the denial of period of disability and disability insurance benefits and supplemental security insurance benefits by the Commissioner of the Social Security Administration (Doc. #1). See *42 U.S.C. §405(g)*.

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court, Northern District of Texas. Venue would be proper in the Northern District of Texas, as plaintiff was a resident of Irving, Texas, when his Complaint was filed. *See* 28 U.S.C. § 1406(a)(allowing district court to transfer case which has been filed in the incorrect district to transfer the case to the district where it could have been brought); 42 U.S.C. § 405(g).

The Clerk of Court is directed to TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the United States District Court, Northern District of Texas, 1100 Commerce Street, Dallas, Texas, 75242-1003.

IT IS SO ORDERED.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE